**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/23
```

STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

    - against -

JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 108.27.55.154

                Defendant.

**23 CV 2195 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of defendant's May 8, 2023 letter acknowledging that the parties have completed the pre-motion letter exchange regarding defendant's anticipated motion to quash and have failed to resolve the issue without resorting to motion practice. (See Dkt. Nos. 8-11).

    Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to quash and rule on the basis of the limited briefs or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:      9 May 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.