**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2023
```

-----------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                    :
:                 Case No. 1:23-cv-02195-VM
Plaintiff,    :
:
vs.                        :
:
JOHN DOE subscriber assigned IP address    :
108.27.55.154,                             :
:
Defendant.    :
-----------------------------------------------------------------X

## PROTECTIVE ORDER

**THIS CAUSE** came before the Court upon the parties Joint Notice and Request for a Protective Order, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Defendant may remain pseudonymous as "John Doe" unless and until the Court orders otherwise. Plaintiff shall refrain from publishing any of Defendant's identifying information on the docket.

**DONE AND ORDERED** this 18th day of May, 2023.

By: _____
Victor Marrero
**UNITED STATES DISTRICT JUDGE**

1