**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #:_____                    │
│ DATE FILED: 8/17/23                      │
└─────────────────────────────────────────┘
```

----

STRIKE 3 HOLDINGS, LLC,

                 Plaintiff,

      - against -

JOHN DOE, subscriber assigned IP
address 108.27.55.154,

            Defendant.

----

**23-CV-2195 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

      The Court has reviewed plaintiff Strike 3 Holdings, LLC ("Strike") letter motion for leave to file unredacted versions of its First Amended Complaint, proposed summons, and return of service under seal ("Letter Motion," <u>see</u> Dkt. No. 21.), as well as defendant John Doe's ("Doe") letter in opposition. ("Opposition," <u>see</u> Dkt. No. 22.) The Court hereby waives the pre-motion conference requirement for the Letter Motion and grants the Letter Motion.

      Doe's Opposition fails to explain how filing the unredacted documents under seal would "end the protective order entered by the Court." (Opposition at 2.) Indeed, Doe's Opposition appears to stem from a misapprehension of the Letter Motion, the Protective Order, or both. The documents filed under seal will only be accessible to Strike, Doe, and the Court, and none of Doe's identifying information will

thus be published on the docket. (See Dkt. No. 15.) Accordingly, Doe's request for a pre-motion conference is denied. (See Opposition at 1.)

**SO ORDERED.**

Dated:     17 August 2023
           New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.